No. ——. HUETE v. TEILLARD.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal. Decided March 11, 1912. Motion overruled. *Mr. José Benet* for appellant. *Mr. Cayetano Coll y Cuchí* for adverse party.

---

No. 761. GARCÍA ET AL. v. GARZOT.—Appeal from the District Court of Humacao. Motion to admit certain documents to record. Decided March 13, 1912. Motion granted. *Mr. Juan Hernández López* for appellant. *Mr. Luis Llorens Torres* for adverse party.

---

No 831. BURGOS v. BÁEZ ET AL.—Appeal from the District Court of San Juan. Decided March 13, 1912. Appeal dismissed on motion of appellant. *Mr. Antonio Sarmiento* for appellant. *Mr. Herminio Díaz Navarro* for adverse party.

---

No. ——. PAGÁN v. RODRÍGUEZ.—Appeal from the District Court of San Juan, Section 2. Motion to dismiss appeal. Decided March 18, 1912. Motion overruled. *Mr. Celestino Iriarte* for appellant. *Mr. O. M. Wood* for adverse party.

---

No. 835. RUBIO v. VÁZQUEZ ET AL.—Appeal from the District Court of Aguadilla. Motion to dismiss the appeal. Decided March 18, 1912. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911, and rule 40 of this court. *Mr. Juan B. Soto* for appellant. The adverse party did not appear.

---

No. 11. THE AMERICAN TRADING Co. v. THE DISTRICT COURT *et al.*—Petition for a writ of prohibition. Decided March 19, 1912. Petition denied. *Mr. Felipe Casalduc* for petitioner.